# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EARL RAY JOHNSON, JR.

NO. 2021 KW 1062

**DECEMBER 6, 2021**

---

In Re:    Earl Ray Johnson, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 13-029535.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT